UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel, VICTOR BIBBY and BRIAN DONNELLY

    Plaintiffs,

v.                                                     CASE NO.: 8:17-MC-0074-T-36MAP

MORTGAGE INVESTORS CORPORATION,
and WILLIAM EDWARDS,

    Defendants.
_____/

**ORDER**

Before me is non-party Marketing Solution Publications, Inc.'s motion to quash subpoena (doc. 1). The subpoena, issued by the Northern District of Georgia and pertaining to a case pending there, directs non-party MSP to designate an individual to testify at a July 12, 2017, deposition in Tampa. Upon consideration, it is ORDERED:

(1)     The Court DEFERS RULING on the motion (doc. 1) pending the Relators' response, to be filed by July 6, 2017;

(2)     also by July 6, 2017, Relators and non-party MSP are directed to file a notice regarding whether this matter is an appropriate one for transfer to the issuing court under Rule 45(f); and

(2)     Non-party MSP's compliance with the subpoenas is STAYED pending my ruling on the motion to quash.

DONE and ORDERED in Tampa, Florida on June 27, 2017.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE